State v. Bell

STATE OF NORTH CAROLINA v. MELVIN BELL

No. 8A84

(Filed 5 June 1984)

APPEAL of right by the State from a decision of a divided panel of the Court of Appeals, 65 N.C. App. 234, 309 S.E. 2d 464 (1983), which reversed and vacated the judgment entered by *Tillery, Judge,* on 4 December 1981 in Superior Court, NEW HANOVER County. Heard in the Supreme Court 9 May 1984.

*Rufus L. Edmisten, Attorney General, by John R. B. Matthis, Special Deputy Attorney General and James C. Gulick, Assistant Attorney General, for the State.*

*Adam Stein, Appellate Defender, by Malcom Ray Hunter, Jr., Assistant Appellate Defender, for the defendant appellee.*

PER CURIAM.

Affirmed.